No. 99–1965. TOWNES v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–1966. KAGAN v. ROTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–1968. VANMOOR v. WAL-MART STORES, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 99–1969. XACUR ET AL. v. BANCO NACIONAL DE MEXICO, S. A., ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–1970. FUENTES v. WAGNER, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1972. DOLLAR v. HOLYFIELD. Sup. Ct. Ga. Certiorari denied.

No. 99–1973. FESSLER ET UX. v. BAYSHORE REALTY, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1974. WEINS ET AL. v. SPORLEDER ET AL. Sup. Ct. S. D. Certiorari denied.

No. 99–1979. MILLER, ADMINISTRATOR OF THE ESTATE OF WILLIAMS, DECEASED v. ARCO MARINE, INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 99–1981. SHIRLEY ET AL. v. CHRISTIAN EPISCOPAL METHODIST CHURCH. Sup. Ct. Miss. Certiorari denied.

No. 99–1982. HYNES v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 99–1983. HAILEY v. HAND, SHERIFF OF YAMHILL COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1984. SANK v. NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–1985. BRYANT ET AL. v. CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.